IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEADSPRING, LLC                                                                                                PLAINTIFF

v.                                          Case No. 6:20-cv-6043

WILLIAM R. ROBINS
A/K/A WILL ROBINS
D/B/A GENTLEMAN OF THE INTERNET, LLC; and
GENTLEMEN OF THE INTERNET, LLC                                                        DEFENDANTS

## **ORDER**

Before the Court is Plaintiff Leadspring, LLC's ("Leadspring") Motion for Entry of Final Judgment. ECF No. 78. The Court finds that this matter is ripe for consideration.

On March 14, 2022, an entry of default under Federal Rule of Civil Procedure 55(a) was entered against Defendant Gentlemen of the Internet, LLC. ECF No. 63. At that time, the Court declined to enter final judgment against Gentlemen of the Internet, LLC because claims against another Defendant, William R. Robins, remained in the case.

On July 22, 2022, the Court granted Plaintiff's Motion for Summary Judgment against Defendant William R. Robins a/k/a Will Robins d/b/a Gentleman of the Internet, LLC ("Robins"). ECF No. 75. Because the summary judgment order did not dispose of the claims against Defendant Gentlemen of the Internet, LLC, the Court deferred the entry of a final judgment in this case.

On August 26, 2022, after having denied Plaintiff's Motion for Entry of Final Judgment, the Court invited Plaintiff to file a renewed motion for default judgment against Gentlemen of the Internet, LLC. ECF No. 77. Plaintiff has elected not to do so and states that it does not wish to pursue judgment against Gentlemen of the Internet, LLC. ECF NO. 78, ¶ 3. Thus, in the instant motion, Plaintiff moves the Court to enter final judgment in this case.

Upon consideration, the Court finds that the entry of a final judgment in this case is appropriate. Accordingly, Plaintiff's Motion for Entry of Final Judgment (ECF No. 78) is **GRANTED**. The Court will issue a separate judgment of even date. Further, because Plaintiff has abandoned its claims against Defendant Gentlemen of the Internet, LLC, all claims against Gentlemen of the Internet, LLC are **DISMISSED**.

**IT IS SO ORDERED**, this 20th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge