IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEADSPRING, LLC                                                                                         PLAINTIFF

v.                                              Case No. 6:20-cv-6043

WILLIAM R. ROBINS
A/K/A WILL ROBINS
D/B/A GENTLEMAN OF THE INTERNET, LLC;                                    DEFENDANT

## JUDGMENT

For the reasons discussed in the memorandum opinion dated July 22, 2022 (ECF No. 75), the Court enters judgment in favor of Plaintiff against William R. Robins a/k/a Will Robins d/b/a Gentleman of the Internet, LLC in the amount of $686,695.00.

**IT IS SO ORDERED**, this 20th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge